IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JACK JACKSON, <br><br> Defendant. | 8:19-CR-388 <br><br> ORDER ON MOTION FOR DISMISSAL |

This matter is before the Court on the Government's Motion for Dismissal, Filing 64, which requests leave to dismiss, without prejudice, the Petition for Offender Under Supervision, Filing 47, as to Defendant Jack Jackson. The Court finds that the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The Government's Motion for Dismissal, Filing 64, is granted; and

2. The Petition for Offender Under Supervision, Filing 47, is dismissed without prejudice.

Dated this 22nd day of November, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge