IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>JACK JACKSON,<br><br>     Defendant. | 8:19-CR-388<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the United States' Motion to Dismiss the Petition for Warrant or Summons for Offender Under Supervision. Filing 82. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The Government's Motion for Dismissal, Filing 82, is granted; and

2. The Petition for Offender Under Supervision, Filing 67, is dismissed without prejudice.

Dated this 11th day of June 2024.

            BY THE COURT:

            _____
            Brian C. Buescher
            United States District Judge